**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ANA ORTIZ,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:09-cv-1633-Orl-31DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint for review of the final decision of the Commissioner denying the Plaintiff's Social Security disability benefits (Doc. No. 1) filed September 23, 2009.

On March 26, 2010, the United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and that the case be remanded for further review. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.     The decision of the Commissioner is **REVERSED** and the case is remanded back to the Social Security Administration pursuant to Sentence Four of Section 405(g) for further review.

3. The clerk is directed to enter judgment in favor of the Claimant, Ana Ortiz, and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 13th day of March, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE